NOTE: CHANGES MADE BY COURT

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD RUSSELL,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC,<br>G2 SECURE STAFF, LLC;<br>and DOES 1 through 25,<br>inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-01582-FWS (GJSx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE [32]**<br><br>Judge: Hon. Fred W. Slaughter |

///

///

///

1   Having read and considered the Parties' Stipulation to Dismiss Case [32] (the
2   "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and
3   **ORDERS** the following:

5   The above-captioned case is **DISMISSED WITH PREJUDICE**, with each
6   side to bear its own costs and attorney's fees.

8   **IT IS SO ORDERED**.

10  Dated: October 12, 2022

    _____
    Hon. Fred W. Slaughter
    UNITED STATES DISTRICT JUDGE